# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 23, 2012

## NO. 03-12-00844-CV

**Veronica Chavez Vara, Appellant**

**v.**

**Mark S. Vara, Appellee**

## APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES PURYEAR, ROSE, AND GOODWIN
## REVERSED AND REMANDED -- OPINION BY JUSTICE PURYEAR

This is an appeal from the judgment signed by the trial court on November 14, 2012. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the trial court's judgment declaring appellant a vexatious litigant and remands appellee's motion for consideration by the transferee trial court. The appellee shall pay all costs relating to this appeal, both in this Court and the court below.